# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:24CR00151 |
| vs. | : | |
| SIR JEFFREY CARROLL, | : | JUDGE SARGUS |
| Defendant. | : | |

## DEFENDANT'S NOTICE OF DISCOVERY REQUESTS

Defendant Sir Jeffrey Carroll, through undersigned counsel, hereby gives notice that, on October 15, 2024, he submitted to Assistant United States Attorney Sheila G. Lafferty, via this electronic filing, and electronic mail, his request for discovery and relevant sentencing information pertaining to the within captioned case. See attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

Respectfully submitted,

  /s/  Rasheeda Z. Khan
Rasheeda Z. Khan (0075054)
Peterson Conners LLP
545 Metro Place South, Suite 435
Dublin, Ohio  43017
(614) 745-8849 Phone
(614) 220-0197 Fax
rkhan@petersonconners.com
*Attorney for Defendant Sir Jeffrey Carroll*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of *Defendant's Notice of Discovery Requests* was filed electronically on this 15th day of October, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/  Rasheeda Z. Khan
Rasheeda Z. Khan  (0075054)