# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:24-CR-00151** |
| Plaintiff, | |
| vs. | **JUDGE EDMUND A. SARGUS, JR.** |
| **SIR JEFFREY CARROLL,** | |
| Defendant. | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States, with the consent of defense counsel, respectfully moves for entry of an agreed-upon Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure. "Good cause" merits such an order to protect witnesses who have heretofore cooperated with the investigation and also to protect the personally identifiable information of individuals that may be contained in discovery. Undersigned counsel has conferred with defense counsel for defendant, who agrees with the language in Attachment 1 ("Proposed Protective Order").

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Sheila G. Lafferty*
Sheila G. Lafferty (OH 0042554))
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Sheila.Lafferty@usdoj.gov