**DEFENDANT'S EXHIBIT 1**

Maryellen O'Shaughnessy
Franklin County Clerk of Co[urts]

| Home | Case Information Online | Court Schedule |
|---|---|---|

Last Name: ____   First Name: ____   Middle Init: __   Court: All ▾   Case: 98 CR 007207   [Search]

☐ Advanced Search                                                                  ✉ Email Updates

# CRIMINAL CASE DETAIL

[Previous Case]                                                                    [Next Case]

| CASE NUMBER | HOW FILED | DATE FILED | MUN | COMP | ARREST DATE | STATUS |
|---|---|---|---|---|---|---|
| 98 CR 007207 | INDICTMENT | 12/28/1998 | CPD | 21695/98 | 08/12/1998 | CLOSED |

| JUDGE | COURTROOM | | PROSECUTOR |
|---|---|---|---|
| CARL A AVENI | COURTROOM 6A<br>345 SOUTH HIGH STREET<br>6TH FLOOR<br>COLUMBUS, OH 43215 | | NATHAN R MELLMAN |

### DEFENDANT(S)

| Name | Attorney |
|---|---|
| ⊞ SIR JEFFREY CARROLL | DANE C CHAVERS |

**Co-Defendant(s)**
None

### ⊟ CHARGES

(Disclaimer: The listed "Off. Date" may be inaccurate on cases filed prior to 10/9/92. This is the date the electronic docket for this case was converted to a new system, and not the actual date of the Offense. See docket entries below for Case History.)

| Off. Date | Code | Description | Disposition | Degree |
|---|---|---|---|---|
| 08/07/98 | 2925.11 | POSSESSION OF DRUGS | PLEA OF NOT GUILTY | F1 |
| | **Specifications:** MAJOR DRUG OFFENDER, USE OF FIREARM | | | |
| 08/07/98 | 2925.11 | POSSESSION OF DRUGS | PLEA OF NOT GUILTY | F2 |
| | **Specifications:** USE OF FIREARM | | | |
| 08/07/98 | 2925.11 | POSSESSION OF DRUGS | FINDING OF GUILTY - BY JURY | F3 |
| | **Specifications:** None | | | |

### ⊟ BONDS

| Date | Type | Status | Amount | Description | Posted By |
|---|---|---|---|---|---|
| 02/12/99 | RECOG | INACTIVE | 20,000.00 | DEFENDANT RECOGNIZED - RECOGNIZANCE BOND | N/A |

**DOCKET** Show All Descriptions ☐   Select Docket Category [All ▾]   [◀ Prev] [Nov ▾] [26 ▾] [2024] 📅 [Search]  [Next ▶]

| Date | Chg. Lvl | Description | Image | Fiche | Frame | Pages |
|---|---|---|---|---|---|---|
| 07/26/99 | 02 | JURY IMPANELED, SWORN; TRIAL PROCEEDED, CONCLUDED | | 32427 | B16 | 1 |
| 07/26/99 | 03 | JURY IMPANELED, SWORN; TRIAL PROCEEDED, CONCLUDED | | 32427 | B16 | 1 |
| ⊞ 07/23/99 | 00 | COURT REPORTER CERTIFICATE FILED | | 32420 | J11 | 1 |
| 07/22/99 | 00 | CRIMINAL DISPOSITION SHEET FILED | | 32429 | I16 | 1 |
| ⊞ 07/22/99 | 03 | SCHEDULING ORDER | | 32429 | I16 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA - RETURNED SERVED | | 32403 | I19 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 32388 | J04 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA - RETURNED SERVED | | 32388 | J02 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 32388 | A04 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 32388 | A02 | 1 |
| ⊞ 07/20/99 | 00 | SUBPOENA - RETURNED SERVED | | 32388 | A01 | 1 |
| 07/20/99 | 00 | JURY INSTRUCTIONS FILED | | 32381 | H19 | 8 |
| 07/15/99 | 00 | CRIMINAL DISPOSITION SHEET FILED | | 32384 | H13 | 1 |
| ⊞ 07/15/99 | 00 | SUBPOENA - RETURNED SERVED | | 32355 | A08 | 1 |
| ⊞ 07/15/99 | 00 | SUBPOENA - RETURNED SERVED | | 32354 | I10 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32313 | C19 | 1 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32312 | J02 | 2 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32312 | J02 | 2 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32312 | J02 | 2 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32312 | J02 | 2 |
| ⊞ 07/15/99 | 00 | WITNESS FEE | | 32312 | J02 | 2 |
| ⊞ 07/14/99 | 00 | WITNESS FEE | | 32312 | G16 | 2 |
| ⊞ 07/14/99 | 00 | WITNESS FEE | | 32312 | G17 | 2 |
| ⊞ 07/14/99 | 00 | WITNESS FEE | | 32312 | G16 | 2 |
| ⊞ 07/13/99 | 00 | SUBPOENA DUCES TECUM FILED | | 32342 | I17 | 1 |
| ⊞ 07/13/99 | 00 | SUBPOENA - RETURNED SERVED | | 32342 | I06 | 1 |
| ⊞ 07/13/99 | 00 | DISCOVERY - FILED | | 32339 | B10 | 2 |
| ⊞ 07/13/99 | 00 | WITNESS FEE | | 32312 | A11 | 2 |
| ⊞ 07/13/99 | 00 | WITNESS FEE | | 32312 | A11 | 2 |
| ⊞ 07/13/99 | 00 | WITNESS FEE | | 32312 | A11 | 2 |
| ⊞ 07/12/99 | 00 | SUBPOENA - FILED | | 32359 | I08 | 1 |
| ⊞ 07/12/99 | 00 | SUBPOENA - FILED | | 32332 | J20 | 1 |
| ⊞ 07/12/99 | 00 | DISCOVERY - FILED | | 32330 | G07 | 2 |
| ⊞ 07/12/99 | 01 | MOTION FILED | | 32329 | F15 | 6 |
| ⊞ 07/12/99 | 02 | MOTION FILED | | 32329 | F15 | 6 |
| ⊞ 07/12/99 | 03 | MOTION FILED | | 32329 | F15 | 6 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 07/08/99 | 00 | SUBPOENA - FILED | | 32310 | I18 | 1 |
| 07/08/99 | 00 | MEMORANDUM CONTRA FILED | | 32310 | G11 | 4 |
| 07/08/99 | 00 | MEMORANDUM CONTRA FILED | | 32310 | G08 | 3 |
| 07/08/99 | 00 | MEMORANDUM CONTRA FILED | | 32310 | G04 | 4 |
| 07/08/99 | 00 | MEMORANDUM CONTRA FILED | | 32310 | F20 | 4 |
| 07/08/99 | 00 | MEMORANDUM CONTRA FILED | | 32310 | F17 | 3 |
| 07/06/99 | 01 | MOTION FILED | | 32286 | A01 | 2 |
| 07/06/99 | 01 | MOTION FILED | | 32285 | J18 | 3 |
| 07/06/99 | 02 | MOTION FILED | | 32286 | A01 | 2 |
| 07/06/99 | 02 | MOTION FILED | | 32285 | J18 | 3 |
| 07/06/99 | 03 | MOTION FILED | | 32286 | A01 | 2 |
| 07/06/99 | 03 | MOTION FILED | | 32285 | J18 | 3 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32262 | G16 | 1 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32262 | G15 | 1 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32262 | G14 | 1 |
| 07/01/99 | 00 | SUBPOENA DUCES TECUM FILED | | 32262 | G13 | 1 |
| 07/01/99 | 00 | SUBPOENA DUCES TECUM FILED | | 32262 | G12 | 1 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32262 | G11 | 1 |
| 07/01/99 | 00 | SUBPOENA DUCES TECUM FILED | | 32261 | J20 | 1 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32261 | J19 | 1 |
| 07/01/99 | 00 | SUBPOENA - FILED | | 32261 | J18 | 1 |
| 06/30/99 | 00 | SUBPOENA - RETURNED SERVED | | 32254 | H01 | 1 |
| 06/30/99 | 00 | DISCOVERY - FILED | | 32260 | H09 | 3 |
| 06/29/99 | 00 | MOTION IN LIMINE FILED | | 32248 | B10 | 5 |
| 06/28/99 | 01 | MOTION FILED | | 32234 | I17 | 9 |
| 06/28/99 | 01 | MOTION FILED | | 32234 | I12 | 5 |
| 06/28/99 | 02 | MOTION FILED | | 32234 | I17 | 9 |
| 06/28/99 | 02 | MOTION FILED | | 32234 | I12 | 5 |
| 06/28/99 | 03 | MOTION FILED | | 32234 | I17 | 9 |
| 06/28/99 | 03 | MOTION FILED | | 32234 | I12 | 5 |
| 06/22/99 | 00 | SUBPOENA - FILED | | 32203 | J03 | 1 |
| 06/18/99 | 00 | DISCOVERY - FILED | | 32185 | I07 | 3 |
| 06/17/99 | 00 | COURT ORDERED WARRANT - ENTRY ORDERING ISSUED | | 32177 | H08 | 1 |
| 06/17/99 | 00 | COURT ORDERED WARRANT - ISSUED | | 32177 | H09 | 1 |
| 06/17/99 | 00 | COURT ORDERED WARRANT - STATE APPLICATION | | 32177 | H07 | 1 |
| 06/17/99 | 00 | SUBPOENA - FILED | | 32178 | J12 | 1 |
| 06/17/99 | 00 | SUBPOENA - FILED | | 32178 | J11 | 1 |
| 06/17/99 | 00 | WARRANT TO CONVEY | | 32196 | F15 | 1 |
| 06/15/99 | 00 | DISCOVERY - FILED | | 32159 | C18 | 24 |
| 06/15/99 | 00 | DISCOVERY - REQUEST FOR | | 32160 | C10 | 1 |
| 06/02/99 | 00 | APPEARANCE FILED | | 32069 | F14 | 1 |
| 06/02/99 | 00 | ATTORNEY WITHDRAWAL ORDER | | 32069 | F14 | 1 |
| 06/02/99 | 00 | BILL OF PARTICULARS - REQUEST FOR | | 32069 | E03 | 1 |
| 06/02/99 | 00 | DISCOVERY - REQUEST FOR | | 32069 | F13 | 1 |
| 06/02/99 | 01 | MOTION FILED | | 32069 | E01 | 2 |
| 06/02/99 | 02 | MOTION FILED | | 32069 | E01 | 2 |
| 06/02/99 | 03 | MOTION FILED | | 32069 | E01 | 2 |
| 05/17/99 | 00 | DISCOVERY - FILED | | 31955 | A10 | 2 |
| 05/17/99 | 00 | ATTORNEY WITHDRAWAL ORDER | | 31940 | E06 | 1 |
| 05/14/99 | 00 | ATTORNEY WITHDRAWAL - MOTION FOR | | 31937 | F10 | 2 |
| 05/10/99 | 00 | SUBPOENA - RETURNED SERVED | | 31902 | G20 | 1 |
| 05/10/99 | 00 | SUBPOENA - RETURNED SERVED | | 31902 | G19 | 1 |
| 05/07/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 31894 | J01 | 1 |
| 05/07/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 31894 | I20 | 1 |
| 05/05/99 | 00 | SUBPOENA - FILED | | 31878 | C06 | 1 |
| 05/05/99 | 00 | SUBPOENA - FILED | | 31878 | C05 | 1 |
| 05/05/99 | 00 | SUBPOENA DUCES TECUM FILED | | 31878 | C04 | 1 |
| 05/05/99 | 00 | SUBPOENA DUCES TECUM FILED | | 31878 | C03 | 1 |
| 05/03/99 | 00 | CRIMINAL DISPOSITION SHEET FILED | | 31877 | C13 | 1 |
| 05/03/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| 05/03/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| 05/03/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| 05/03/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| 05/03/99 | 00 | APPEARANCE FILED | | 31839 | C08 | 1 |
| 05/03/99 | 01 | STRIKE SCHEDULED DATE | | 31839 | C08 | 1 |
| 05/03/99 | 01 | WAIVER OF RIGHT TO SPEEDY TRIAL | | 31839 | C08 | 1 |
| 05/03/99 | 01 | CONTINUANCE ORDER | | 31839 | C08 | 1 |
| 05/03/99 | 02 | STRIKE SCHEDULED DATE | | 31839 | C08 | 1 |
| 05/03/99 | 02 | WAIVER OF RIGHT TO SPEEDY TRIAL | | 31839 | C08 | 1 |
| 05/03/99 | 02 | CONTINUANCE ORDER | | 31839 | C08 | 1 |
| 05/03/99 | 03 | STRIKE SCHEDULED DATE | | 31839 | C08 | 1 |
| 05/03/99 | 03 | WAIVER OF RIGHT TO SPEEDY TRIAL | | 31839 | C08 | 1 |
| 05/03/99 | 03 | CONTINUANCE ORDER | | 31839 | C08 | 1 |
| 04/23/99 | 01 | CONTINUANCE - MOTION FOR | | 31788 | F03 | 2 |
| 04/23/99 | 02 | CONTINUANCE - MOTION FOR | | 31788 | F03 | 2 |
| 04/23/99 | 03 | CONTINUANCE - MOTION FOR | | 31788 | F03 | 2 |
| 04/19/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| 04/19/99 | 00 | APPEARANCE OF CO-COUNCIL FILED | | 31731 | D13 | 1 |
| 04/19/99 | 01 | RENOTICE OF HEARING SCHEDULED | | 31731 | D13 | 1 |
| 04/13/99 | 00 | SUBPOENA - RETURNED SERVED | | 31711 | C03 | 1 |
| 04/13/99 | 00 | SUBPOENA - RETURNED SERVED | | 31711 | C02 | 1 |
| 04/12/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 31696 | I04 | 1 |
| 04/12/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 31696 | I03 | 1 |
| 04/12/99 | 00 | SUBPOENA DUCES TECUM - RETURNED SERVED | | 31696 | I02 | 1 |
| 04/08/99 | 00 | SUBPOENA DUCES TECUM FILED | | 31684 | I17 | 1 |
| 04/08/99 | 00 | SUBPOENA DUCES TECUM FILED | | 31684 | I16 | 1 |
| 04/08/99 | 00 | SUBPOENA DUCES TECUM FILED | | 31684 | I15 | 1 |
| 04/08/99 | 00 | SUBPOENA - FILED | | 31684 | I14 | 1 |
| 04/08/99 | 00 | SUBPOENA - FILED | | 31684 | I13 | 1 |
| 04/01/99 | 00 | DISCOVERY - REQUEST FOR | | 31633 | C17 | 1 |
| 03/15/99 | 01 | MOTION FILED | | 31499 | D17 | 4 |
| 03/15/99 | 01 | MOTION FILED | | 31499 | D14 | 3 |
| 03/15/99 | 02 | MOTION FILED | | 31499 | D17 | 4 |
| 03/15/99 | 02 | MOTION FILED | | 31499 | D14 | 3 |
| 03/15/99 | 03 | MOTION FILED | | 31499 | D17 | 4 |
| 03/15/99 | 03 | MOTION FILED | | 31499 | D14 | 3 |
| 03/11/99 | 00 | DISCOVERY - REQUEST FOR | | 31477 | J17 | 3 |
| 03/11/99 | 00 | BILL OF PARTICULARS - REQUEST FOR | | 31477 | J20 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ➕ 02/25/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| ➕ 02/25/99 | 00 | ORIGINAL COPY OF HEARING NOTICE FILED | | | | |
| ➕ 02/25/99 | 01 | HEARING / EVENT SCHEDULED | | 31360 | D13 | 1 |
| ➕ 02/25/99 | 02 | HEARING / EVENT SCHEDULED | | 31360 | D13 | 1 |
| ➕ 02/25/99 | 03 | HEARING / EVENT SCHEDULED | | 31360 | D13 | 1 |
| ➕ 02/22/99 | 00 | TRANSFER JUDGE | | 31271 | H11 | 1 |
| ➕ 02/16/99 | 00 | CHANGE OF ADDRESS FILED | | 31304 | J08 | 1 |
| ➕ 02/12/99 | 00 | COURT REPORTER CERTIFICATE FILED | | 31300 | B06 | 1 |
| ➕ 02/12/99 | 00 | SUMMONS - RETURNED SERVED | | 31298 | F05 | 1 |
| 02/12/99 | 00 | READING OF THE INDICTMENT WAIVED | | 31298 | F04 | 1 |
| ➕ 02/12/99 | 00 | JUDGE ASSIGNED - ORIGINAL | | 31298 | F04 | 1 |
| ➕ 02/12/99 | 00 | ADDRESS CORRECTION | | 31298 | F07 | 1 |
| ➖ 02/12/99 | 00 | DEFENDANT RECOGNIZED - RECOGNIZANCE BOND | | 31298 | F06 | 2 |
| | AMT-BOND RECOGZED: 20000.00 | | | | | |
| | SURETY/DEFEND IND: D | | | | | |
| | BOND SUB NUMBER: 0001 | | | | | |
| ➕ 02/12/99 | 00 | BOND SET - RECOGNIZANCE | | 31298 | F03 | 1 |
| 02/12/99 | 01 | WAIVER OF PRESENCE OF DEFENDENT AT ARRAIGNMENT | | 31298 | F04 | 1 |
| ➕ 02/12/99 | 01 | STRIKE SCHEDULED DATE | | | | |
| 02/12/99 | 02 | WAIVER OF PRESENCE OF DEFENDENT AT ARRAIGNMENT | | 31298 | F04 | 1 |
| 02/12/99 | 03 | WAIVER OF PRESENCE OF DEFENDENT AT ARRAIGNMENT | | 31298 | F04 | 1 |
| ➕ 02/10/99 | 01 | CONTINUANCE FOR ARRAIGNMENT | | 31267 | E03 | 1 |
| ➕ 02/03/99 | 01 | CONTINUANCE - FOR ARRAIGNMENT | | | | |
| ➖ 02/03/99 | 01 | HEARING / ARRAIGNMENT SCHEDULED | | | | |
| | COURT DATE: | 02/12/99 | | | | |
| | COURT TIME: | 01:00 PM | | | | |
| | COURT LOCATION: | COURTROOM 1B | | | | |
| | | 375 SOUTH HIGH STREET | | | | |
| | | 1ST FLOOR | | | | |
| | | COLUMBUS, OH 43215 | | | | |
| | HEARING TYPE DESC: | ARRAIGNMENT | | | | |
| | NOTICE REQUESTED: | Y | | | | |
| | NOT RET ADDR DESC: | CLERK OF COURT OF COMMON PLEAS - CRIMINAL DIVISION | | | | |
| | NOTICE PRINT DATE: | 02/03/99 | | | | |
| | NOTICE MAIL DATE: | 02/03/99 | | | | |
| ➕ 02/01/99 | 00 | CAPIAS RETURNED - NOT EXECUTED | | 31196 | G20 | 1 |
| ➖ 01/29/99 | 00 | CAPIAS - SET ASIDE | | 31181 | B10 | 1 |
| | TIE FILING DATE: 01/29/99 | | | | | |
| ➕ 01/29/99 | 00 | CAPIAS ISSUED | | 31181 | B12 | 1 |
| ➕ 01/29/99 | 01 | HEARING / ARRAIGNMENT SCHEDULED | | | | |
| ➖ 01/27/99 | 00 | CAPIAS - REQUEST FOR FORM | | | | |
| | REASON ISSED DESC: FAILED TO APPEAR FOR ARRAIGNMENT | | | | | |
| | NOTICE PRINT DATE: 01/27/99 | | | | | |
| | NOTICE MAIL DATE: 01/27/99 | | | | | |
| ➕ 01/22/99 | 01 | CONTINUANCE FOR ARRAIGNMENT | | 31130 | F17 | 1 |
| ➕ 01/15/99 | 00 | ASSIGNMENT OF ASSISTANT PROSECUTING ATTORNEY | | 31016 | E15 | 1 |
| ➖ 01/11/99 | 00 | CERTIFIED MAIL - RETURNED NOT SERVED | | 31078 | B10 | 1 |
| | REASON FAIL DESC: INSUFFICIENT ADDRESS | | | | | |
| | TIE FILING DATE: | 12/29/98 | | | | |
| ➕ 01/11/99 | 01 | CONTINUANCE - FOR ARRAIGNMENT | | | | |
| ➕ 12/29/98 | 00 | SUMMONS - ISSUED | | 31298 | F05 | 1 |
| ➕ 12/29/98 | 00 | CERTIFIED MAIL - SUMMONS ISSUED BY | | 30986 | C14 | 1 |
| ➕ 12/28/98 | 00 | NOTICE TO CLERK RE: DISTRIBUTION OF FORFEITED BOND | | 30986 | C16 | 1 |
| ➕ 12/28/98 | 00 | CERTIFIED MAIL - REQUESTED | | | | |
| 12/28/98 | 00 | INDICTMENT FILED | | 30986 | C17 | 5 |
| ➕ 12/28/98 | 00 | 2949.091 FEE ASSESSED | | | | |
| ➕ 12/28/98 | 00 | 2743.70 FEE ASSESSED | | | | |
| ➕ 12/28/98 | 01 | HEARING / ARRAIGNMENT SCHEDULED | | | | |