# Franklin County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin } V: __SIR J. CARROLL__
City of Columbus                                    DEFENDANT

OTHER JURISDICTION

TIME STAMP: 09 JUL 17 AM 3:11

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the __17TH__ day of __JULY__, 20__09__ did: __KNOWINGLY OPERATE A MOTOR VEHICLE WITHIN THE STATE OF OHIO IN VIOLATION OF DIVISION (A) OF SECTION 4511.19 OF THE REVISED CODE WHEN ONE CHILD, MIGUEO TUCKER, WAS IN THE SUSPECTS VEHICLE TO WIT:__

__SUSPECTS GRANDSON - [redacted] 8 MONTHS OLD 11-4-08__

in violation of section __2919.22 C(1)__  ☐ City Code  ☒ O.R.C., a  ☒ Misdemeanor ☐ Felony of the __1ST__ degree.

Complainant __[signature]__ / __ISAAC L. SAUNDERS__ / Badge Number __807__

Address or Agency & Assignment: __OSP CIRCLEVILLE 16395 US 23__  City: __ASHVILLE__  State: __OH__  Zip Code: __43103__

Sworn to and subscribed before me, this __17th__ day of __July__, 20__09__.

Lori M. Tyack
Clerk of the Franklin County Municipal Court
By __[signature]__
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

Notary Seal & Expiration Date

### ☒ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM, MONDAY THROUGH FRIDAY.

Lori M. Tyack
Clerk of the Franklin County Municipal Court
Slate # ____  Control # ____
By __[signature]__ Deputy   Date: __7/17/09__

Complaint Number: __1317110__   Issuing Officer: __Tpr I.L. SAUNDERS__   Badge Number: __807__
☐ WARRANT ☒ SUMMONS ☒ MISDEMEANOR CITATION

Case No. __09-16832__
Charge: __CHILD ENDANGERMENT__
Section Number: __2919.22C(1)__  ☐ City Code ☒ O.R.C.  Offense Date: __7-17-09__  Offense Time: __0030__ ☒ AM ☐ PM
Offense Location: __STRINGTOWN RD @ IR 71__   Suspect Cruiser Dist.: ____
Name: __CARROLL__ (LAST) __SIR__ (FIRST) __J.__ (MIDDLE)
Street: __1899 MERRYHILL DR__
City: __COLUMBUS__  State: __OH__  Zip: __43219__
SEX: __M__  RACE: __B__  HGT: __511__  WGT: __160__  HAIR: __BLK__  EYES: __BRO__
DOB: __5-14-68__  S.S.#: __[redacted]__  DL/ID#: __RR 863591__

☒ SUMMONS: Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☒ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on __7-17-09__  Signature __[signature]__

Type of SUMMONS Service Requested:
☒ Personal   ☐ Certified Mail

☐ CITATION:  Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

COURT DATE & TIME
Month: __07__  Day: __18__  Year: __09__  Time: __10:00__ ☐ AM ☒ PM

X __[signature]__

This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

6/01                                                ORIGINAL/COURT COPY