# DOCKET SEARCH



You searched by name for "carroll, jeff"
24 matches were found

### 1  **TRD0605061**      Carroll, Jeff L

| | |
|---|---|
| **Concerning:** Carroll, Jeff L | **Filed:** 07/10/2006 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** trf cntrl light |

### 2  **TRD9309105**      Carroll, Jeff L

| | |
|---|---|
| **Concerning:** Carroll, Jeff L | **Filed:** 10/26/1993 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** improper backin |

### 3  **TRD9501295**      Carroll, Jeff L

| | |
|---|---|
| **Concerning:** Carroll, Jeff L | **Filed:** 02/10/1995 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** no seat belt |

### 4  **TRC0007349A**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 07/03/2000 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** phys cont |

### 5  **TRC0007349B**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 07/03/2000 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** no m/c endorse |

### 6  **TRC0007349C**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 07/03/2000 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** fail to cont |

### 7  **CRB0300784A**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 03/21/2003 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** disorderly |

### 8  **CRB0300784B**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 03/21/2003 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** agg menacing |

### 9  **CRB0300784C**      Carroll, Jeffery L

| | |
|---|---|
| **Concerning:** Carroll, Jeffery L | **Filed:** 03/21/2003 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** disorderly |

### 10  CRB0300784D        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 03/21/2003  
**Case Type:** Criminal  
**Viol./Cause:** dom menacing

### 11  CRB0501288        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 04/25/2005  
**Case Type:** Criminal  
**Viol./Cause:** poss of drugs

### 12  TRC0502617A        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 04/25/2005  
**Case Type:** Traffic  
**Viol./Cause:** ovi/refusal

### 13  TRC0502617B        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 04/25/2005  
**Case Type:** Traffic  
**Viol./Cause:** o.v.i/under inf

### 14  TRC0502617C        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 04/25/2005  
**Case Type:** Traffic  
**Viol./Cause:** 60/45 speed

### 15  TRC0803221A        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 05/12/2008  
**Case Type:** Traffic  
**Viol./Cause:** phys control

### 16  TRC0803221B        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 05/12/2008  
**Case Type:** Traffic  
**Viol./Cause:** ovi/refusal

### 17  TRC0803221C        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 05/12/2008  
**Case Type:** Traffic  
**Viol./Cause:** o.v.i/under inf

### 18  TRC0803221D        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 05/12/2008  
**Case Type:** Traffic  
**Viol./Cause:** marked lanes

### 19  CRB9302000        Carroll, Jeffery L

**Concerning:** Carroll, Jeffery L  
**D.B.A./A.K.A.:**  
**Filed:** 07/15/1993  
**Case Type:** Criminal  
**Viol./Cause:** dis.cond.-fight

| 20 | **TRC9503925A** | Carroll, Jeffery L | | |
|---|---|---|---|---|
| | **Concerning:** Carroll, Jeffery L | | **Filed:** 04/10/1995 | |
| | **D.B.A./A.K.A.:** | | **Case Type:** Traffic | |
| | | | **Viol./Cause:** reckless operat | |

| 21 | **TRC9503925B** | Carroll, Jeffery L | | |
|---|---|---|---|---|
| | **Concerning:** Carroll, Jeffery L | | **Filed:** 04/10/1995 | |
| | **D.B.A./A.K.A.:** | | **Case Type:** Traffic | |
| | | | **Viol./Cause:** marked lanes | |

| 22 | **CRB9802358** | Carroll, Jeffery L | | |
|---|---|---|---|---|
| | **Concerning:** Carroll, Jeffery L | | **Filed:** 07/20/1998 | |
| | **D.B.A./A.K.A.:** | | **Case Type:** Criminal | |
| | | | **Viol./Cause:** domestic violen | |

| 23 | **TRD1407345** | Carroll, Jeffrey D | | |
|---|---|---|---|---|
| | **Concerning:** Carroll, Jeffrey D | | **Filed:** 09/18/2014 | |
| | **D.B.A./A.K.A.:** | | **Case Type:** Traffic | |
| | | | **Viol./Cause:** 72/60 speed | |

| 24 | **TRD2403640** | Carroll, Jeffrey S Sir | | |
|---|---|---|---|---|
| | **Concerning:** Carroll, Jeffrey S Sir | | **Filed:** 06/25/2024 | |
| | **D.B.A./A.K.A.:** | | **Case Type:** Traffic | |
| | | | **Viol./Cause:** display tags | |

search completed in 0.16013 seconds

# DOCKET SEARCH

## You searched by name for "carroll, sir"
## 5 matches were found

### 1  CRB1102066A     Carroll, Sir J

| | |
|---|---|
| **Concerning:** Carroll, Sir J | **Filed:** 06/29/2011 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** drug para |

### 2  CRB1102066B     Carroll, Sir J

| | |
|---|---|
| **Concerning:** Carroll, Sir J | **Filed:** 06/29/2011 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** poss of drugs |

### 3  TRD1104644     Carroll, Sir J

| | |
|---|---|
| **Concerning:** Carroll, Sir J | **Filed:** 06/29/2011 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** 83/55 speed |

### 4  CRB1300951     Carroll, Sir J

| | |
|---|---|
| **Concerning:** Carroll, Sir J | **Filed:** 04/11/2013 |
| **D.B.A./A.K.A.:** | **Case Type:** Criminal |
| | **Viol./Cause:** crim trespass |

### 5  TRD9812822     Carroll, Sir J

| | |
|---|---|
| **Concerning:** Carroll, Sir J | **Filed:** 09/28/1998 |
| **D.B.A./A.K.A.:** | **Case Type:** Traffic |
| | **Viol./Cause:** stop sign |

search completed in 0.13154 seconds

# DOCKET SEARCH

You searched by name for "sir, carroll"
0 matches were found

There were no cases found that match your search criteria.

Please try your search again.

search completed in 0.12607 seconds

## Search Results

### Name Search

Showing 1 to 11 of 11

<< < 1 > >>

| Party/Company | Party Type | Case Number | File Date | Initiating Action | Case Status | Affiliation |
|---|---|---|---|---|---|---|
| CARROLL, JEFFERY L | DEFENDANT | 09DR000028 | 01/21/2009 | DISSOLUTION WITHOUT CHILDREN | CLOSED | |
| CARROLL, JEFFERY L | PLAINTIFF | 90DR000549 | 06/12/2001 | PARENTAGE | CLOSED | |
| CARROLL, JEFFERY L | DEFENDANT | DC27 PG101 | 03/20/2000 | CJ ROSS COUNTY | CLOSED | |
| CARROLL, JEFFERY LYLE | APPLICANT 1 | 2005ML0148 | 05/03/2005 | MARRIAGE LICENSE APPLICATION | Closed | |
| CARROLL, JEFFERY LYLE | APPLICANT 1 | 978264 | 06/17/1997 | MARRIAGE LICENSE APPLICATION | Closed | |
| CARROLL, JEFFREY L | DEFENDANT | 02CI000375 | 08/13/2002 | OTHER CIVIL | CLOSED | |
| CARROLL, JEFFREY L | PLAINTIFF | 99DR000024 | 01/27/1999 | PARENTAGE | CLOSED | |
| CARROLL, JEFFREY S | DEFENDANT | 15CA003485 | 03/12/2015 | CRIMINAL APPEAL FROM COMMON PLEAS | OPEN | |
| CARROLL, JEFFREY S | DEFENDANT | 931013A | 02/24/1994 | CIVIL ACTION COMPLAINT TO SELL REAL ESTATE | Closed | |
| CARROLL, JEFFREY SCOTT | DEFENDANT | 14CR000079 | 03/03/2014 | POSSESSION | CLOSED | |
| CARROLL, JEFFREY SCOTT | DEFENDANT | 15CR000082 | 03/16/2015 | COMPLICITY TO | CLOSED | |

# Search Results

## Name Search

Showing 1 to 1 of 1
<< < 1 > >>

| Party/Company | Party Type | Case Number | File Date | Initiating Action | Case Status | Affiliation |
|---|---|---|---|---|---|---|
| CARROLL, SIR JEFFREY | DEFENDANT | 15CA003506 | 09/28/2015 | CRIMINAL APPEAL FROM COMMON PLEAS | OPEN | |

# Search Results

## Name Search

| | |
|---|---|
| Site | All Sites |
| Locality | All Localities |
| Last Name | sir |
| First Name | carroll |
| Case Type | All Cases |
| Case Status | All Statuses |
| Party Type | All Party Types |

**No Records Found**