Case: 2:24-cr-00151-EAS Doc #: 26-5 Filed: 11/26/24 Page: 1 of 1 PAGEID #: 138

*Provided by Affinity Memorial Chapel*

# Angela Bailey

*December 21, 1970 ~ November 19, 2024 (age 53)*

**DEFENDANT'S EXHIBIT 5**

## Services

**Visitation**
Wednesday
December 4, 2024
11:00 AM to 12:00 PM
Mt. Nebo Baptist Church
2100 Aberdeen Avenue
Columbus, OH 43211

**Celebration of Life**
Wednesday
December 4, 2024
12:00 PM
Mt. Nebo Baptist Church
2100 Aberdeen Avenue
Columbus, OH 43211

**Interment following funeral service**
Wednesday
December 4, 2024
Evergreen Cemetery
1401 Woodland Avenue
Columbus, OH 43219

## Guest Book



November 26, 2024 11:56 AM

**A Memorial Tree was planted for Angela Bailey**

We are deeply sorry for your loss ~ the staff at Affinity Memorial Chapel
Join in honoring their life - plant a memorial tree (/afn/obituary//1074946/memorial-tree)