IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

**SIR JEFFREY CARROLL,**

    **Defendant.**

Case No. 2:24-cr-151
JUDGE EDMUND A. SARGUS, JR.

## ORDER

Defendant Sir Jeffrey Carroll's Motion to Revoke Detention Order (ECF No. 26) is **DENIED**. The Court finds that even setting aside the issues raised by Mr. Carroll in his motion, pretrial detention is still warranted.

Pursuant to the Motion and a discussion with the Court at a telephone status conference held on December 2, 2024, Mr. Carroll sought to attend a funeral on December 4, 2024 via a video teleconferencing (VTC) visit. Mr. Carroll's counsel has since advised the Court that he is unsure about the funeral home's VTC capabilities and that transporting Mr. Carroll to the Butler County Jail for a VTC visitation is no longer needed. Therefore, this Court **DENIES AS MOOT** his request for a VTC funeral visit.

    IT IS SO ORDERED.

**12/3/2023**                                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                                        **EDMUND A. SARGUS, JR.**
                                                                               **UNITED STATES DISTRICT JUDGE**