UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  Case Number 2:24-cr-151
                                                  Judge Edmund A. Sargus, Jr.

SIR JEFFREY CARROLL,
    Defendant.

## Arraignment on Superseding Information
## Thursday, October 2, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Sheila Lafferty
For Defendant: Rasheeda Khan
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner


The defendant entered a plea of guilty to count 1 and the forfeiture allegation of the Superseding Information.
Waiver of Indictment signed.
PSI Ordered.